**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-6709**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH PIERRE FORD, a/k/a K-9,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-91-429, CA-97-102-AM)

─────────

Submitted:  August 28, 1997      Decided:  September 17, 1997

─────────

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Kenneth Ford, Appellant Pro Se.  Robert Clifford Chesnut, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Ford</u>, Nos. CR-91-429; CA-97-102-AM (E.D. Va. Apr. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>